```
                                            ___ FILED        ___ RECEIVED
                                            ___ ENTERED      ___ SERVED ON
                                                     COUNSEL/PARTIES OF RECORD

                                                    MAR - 4 2011

                                                CLERK US DISTRICT COURT
                                                  DISTRICT OF NEVADA
                                            BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA ex rel. BARRETT BATES, | Case No. 3:10-cv-407-RCJ-VPC |
| Plaintiff, | **ORDER** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., et al., | |
| Defendants. | |

Currently before the Court is a Motion for Order Permitting Lucia Nale and Thomas Panoff to Practice in this Case (#33), an Unopposed Motion for an Order Permitting Thomas M. Hefferon, Esq. to Practice in this Case (#38), and a Verified Petition for Permission to Practice Pro Hac Vice by Thomas M. Hefferon (#39).

The Court, having reviewed the foregoing motions, and good cause appearing DENIES the motions. Under Local Rule IA 10-2(i)(1) it shall be presumed in civil cases, absent special circumstances, and only upon showing of good cause, that more than five (5) appearances by any attorney or firm of attorneys in the same office location granted under this rule in a three (3) year period is excessive use of this rule. Attorneys Lucia Nale, Thomas Panoff and Thomas M. Hefferon have not established "special circumstances" or "good cause" sufficient to permit them to practice in this case under Local Rule IA 10-2.

Based on the foregoing, IT IS ORDERED that Motion for Order (#33), Unopposed Motion for an Order (#38) and Verified Petition (#39) are DENIED.

///

///

Dated: This 4th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE